# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ☒  LODGED ___
RECEIVED ___ COPY

JAN 29 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES OF AMERICA**

**V.**

**ANGEL M. MENDIOLA JR.**

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-6022M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 11th 2002**, in the District of Arizona, defendant(s) did,: **knowingly travel in interstate commerce from the State of Arizona to avoid arrest on charges filed in the Superior Court of Arizona, in and for the County of Maricopa, of count#1) one count of First Degree Murder, a class 1 felony ARS 13-1101,13-1105,13-703 and 13-801 and count#2) Burglary In The Second Degree, a class 3 felony ARS 13-1507,13-1501,13-701,13-702 and 13-801 in violation of Title 18,** United States Code, Section(s) 1073. I further state that I am a Deputy with the Maricopa County Sheriff's Office sworn in as a U.S. Marshall and currently assigned to the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached statement of probable cause)

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

AUTHORIZED BY: AUSA ~~DARCY CEROW~~ Ondre Williams /ouw/

Name of Complainant   Daniel Snodgrass

Signature of Complainant

Sworn to before me and subscribed in my presence,

1-29-04
Date

at   Phoenix, Arizona
City and State

DAVID DUNCAN, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, **Daniel Snodgrass**, being duly sworn, hereby depose and state as follows:

1) I am a Detective with the Maricopa County Sheriff's Office with special deputization from the United States Marshal's Office and currently assigned to the Federal Bureau of Investigation Violent Crimes Task Force where I have worked since December 1993.

2) This statement is made in support of an application for complaint and arrest warrant charging Angel M. Mendiola Jr., date of birth 05/13/1973 with a violation of Title 18, United States Code 1073 (Unlawful Flight to Avoid Prosecution).

3) Subject Angel M. Mendiola Jr. committed the crimes of 1)First Degree Murder, a class 1 felony, and 2) Burglary In The Second Degree, a class 3 felony on July 11th 2002, while residing in Mesa Arizona. The victim of this crime is an 30 year old male.

4) On 07/19/2002 Maricopa County Superior Court Judge Vatz issued an arrest warrant charging Mendiola with the above listed crimes. Attempts to serve the arrest warrant have been negative.

5) Detective Snodgrass has received information that Angel M. Mendiola Jr. is currently incarcerated at the Cereso Prison in Michaocan Mexico.

6) Based upon the above facts, I have probable cause to believe that Mendiola has fled the state of Arizona to avoid prosecution in violation of Title 18, United States Code 1073.

_____
Daniel Snodgrass, Detective
FBI/MCSO

1

Sworn to and subscribed before me

this <u>29th</u> day of <u>January</u>, 2004

_____
David Duncan
United States Magistrate Judge

2